FEB 13 2023 PM 2:24
FILED-USDC-CT-New_Haven

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

)
Kasan Alkafi )
*Petitioner* )
)
v. ) Case No. _____
) *(Supplied by Clerk of Court)*
)
Warden Timethea Pullen )
*Respondent* )
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Kasan Alkafi
   (b) Other names you have used: None

2. Place of confinement:
   (a) Name of institution: FCI Danbury
   (b) Address: 33½ Pembroke Rd., Route 37

   (c) Your identification number: 28930-055

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: W.D.N.Y.
          2 Niagara Square, Buffalo, N.Y. 14202
      (b) Docket number of criminal case: 19-CR-223 (RJA)
      (c) Date of sentencing: October 4, 2021
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   X ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Federal Bureau of Prisons, Central Office, 320 First Street, N.W., Washington, D.C.

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   The failure to award the petitioner the proper Earned time credit ("ETC") under the First Step Act ("FSA"), pursuant to 18 U.S.C. § 3624(g)(1)(A).

   (d) Date of the decision or action: 01-11-2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes          ☐ No

   (a) If "Yes," provide: There has been no response to grievance. See Attached.

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____

       (3) Docket number, case number, or opinion number: _____

       (4) Result: _____

       (5) Date of result: _____

       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:
The grievance was not answered, and a BP-9 cannot be pursued until a BP-8½ has been answered and denied. Remedy Unavailable.

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes            X ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes            ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes            ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    XX☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
   ☐ Yes    ☐ No
   If "Yes," provide:
   (1) Date of filing: _____
   (2) Case number: _____
   (3) Result: _____
   (4) Date of result: _____
   (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
   ☐ Yes    ☐ No
   If "Yes," provide:
   (1) Name of court: _____
   (2) Date of filing: _____
   (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____
_____
_____
_____
_____
_____

12. **Other appeals**

 Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

 ☐ Yes    X☒ No

 If "Yes," provide:

 (a) Kind of petition, motion, or application: _____
 (b) Name of the authority, agency, or court: _____

 (c) Date of filing: _____
 (d) Docket number, case number, or opinion number: _____
 (e) Result: _____
 (f) Date of result: _____
 (g) Issues raised: _____
_____
_____
_____
_____
_____
_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

 **GROUND ONE:** The Federal Bureau of Prisons has failed to grant the petitioner his earned time credits under the first step act and the petitioner would qualify for immediate release as of the time this court acts upon this motion and Habeas petition.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The FBOP has promised to enact the ETC since 2018 and has directly failed to meet its own deadlines to emplement ETC correctly to the petitioner and other prisoners. After the last January 7, 2023 deadline, my ETC are still wrongly calculated and by the petitioner's calculation, he should be released on February 12, 2023. Please see Declaration and Memorandum of Law in support of facts.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes   ☐ No   Facility is unresponsive and the FBOP is refusing to answer grievances without facility answer, regardless of its own policy to do so. See 22-CV-290 (dist. of Conn.)

**GROUND TWO:**   Cruel and Unusual Punishment by the FBOP.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The facility has been in partial of complete lockdown due to COVD-19 infections and restrictions, and impose an atypical hardship on my prison life. There is no medical treatment given by FCI Danbury if COVID is contracted, and medical attention is significantly delayed here as a matter of policy. See Milchin v. Sage for details.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

### Request for Relief

15. State exactly what you want the court to do: Due to time served and completed, I am humbly requesting immediate release to post- conviction supervision and immediate calculation of my ETC under the FSA to determine my time that is owed and applied to my post-release supervision, and all relief the court deems righteous and just.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: Febuary 8th, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-8-2023

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

## CERTIFICATE OF SERVICE.

I, Kasan Alkafi, prisoner #28930-055, have provided service of this habeas corpus petition and all attachements to the United States Attorney's Office, 157 Church Street, 25th Floor, New Haven, CT 06510, and the U.S. District Court for The District of Connecticut, 141 Church Street, New Haven, CT 06510, by U.S. Mail on the date indicated for the prison mail system above.